IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| COLUMBUS BANK AND TRUST COMPANY, A DIVISION OF SYNOVUS BANK,<br>   **Petitioner**<br><br>v.<br><br>LAW OFFICE OF MICHAEL A. EDDINGS, P.C., FIRST AMERICAN TITLE INSURANCE COMPANY, FIRST AMERICAN TITLE COMPANY, JEROME ROGERS, LACHONE TRICE, IKE A. NWAOBI, UNITED STATES OF AMERICA, FOR THE U.S. ARMY CORP OF ENGINEERS, FEDERAL NATIONAL MORTGAGE ASSOCIATION, TRC GLOBAL SOLUTIONS, INC. ELIZABETH WALLER, ET AL.,<br>   **Respondents** | CASE NO. 4:11-CV-184 (MSH) |

**RESPONDENT IKE A. NWAOBI'S RESPONSE TO**
**ORDER OF COURT DATED MARCH 16, 2012**

COMES NOW, Respondent, Ike A. Nwaobi, by and through his attorneys, Meacham & Earley, P.C. by Christopher L. Meacham, Esquire, and responds to the Order of this Honorable Court of March 16, 2012, and the underlying as follows:

1.

Respondent Ike A. Nwaobi has no objection to the Motion for Joinder filed by First American Title Insurance Company.

1

2.

Respondent Ike A. Nwaobi has no objection to Petitioners' Motion to Establish and Implement Exclusive Procedures for Submitting Claims relating to Interpleader filed by Columbus Bank & Trust Company.

3.

Respondent Ike A. Nwaobi has no objection to Petitioner's Motion for Extension of Time to File to Join Other Parties in this matter filed by Columbus Bank & Trust Company.

This 30th day of March, 2012.

Respectfully submitted,

MEACHAM & EARLEY, P.C.

By: /s/ Christopher L. Meacham
    Christopher L. Meacham
    Georgia Bar #0500050

*Attorneys for Respondent Ike A. Nwaobi*

PO Box 9031
Columbus, GA 31908-9031
Phone: 706/576-4064

# CERTIFICATE OF SERVICE

This is to certify that I have this date, by first class and electronic mail, served upon counsel of record Respondent Ike A. Nwaobi's Response to Order of Court dated March 16, 2012 as follows:

William L. Tucker, Esquire
Stephen Gresham Gunby, Esquire
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
PO Box 1199
Columbus, GA 31902-1199
wlt@pssstf.com and sgg@pssstf.com
*Attorney for Columbus Bank and Trust Company, a division of Synovus Bank*

Robert S. Poydasheff, Esquire
Harp & Poydasheff, LLC
PO Box 1172
Columbus, GA 31902-1171
rpoydasheff@handplaw.com
*Attorney for Law Office of Michael A. Eddings, P.C.*

Jeffrey Schneider, Esquire
Angele Rishi, Esquire
Weissman, Nowack, Curry & Wilco, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, GA 30326
jeffschneider@wncwlaw.com and
angelerishi@wncwlaw.com
*Attorneys for First American Title Insurance Company and First American Title Company*

Frank R. Olson, Esquire
Todd H. Surden, Esquire
McCurdy and Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305
folson@mccurdycandler.com and
tsurden@mccurdycandler.com
*Attorneys for Federal National Mortgage Association*

Ray L. Allison, Esquire
Denney, Pease & Allison
PO Box 2648
Columbus, GA 31902
ralli10518@aol.com
*Attorney for Jerome Rogers*

Benjamin A. Land, Esquire
William Alan Buchanan, Esquire
Buchanan & Land, LLP
PO Box 2848
Columbus, GA 31902
wbuchanan@buchananland.com and
benland@buchananland.com
*Attorneys for TRC Global Solutions, Inc.*

O. Wayne Spence, Esquire
O. Wayne Spence, P.C.
2945 Gardenia Street
Columbus, GA 31906
Wspence38@bellsouth.net
*Attorney for FMBC Mortgage Corporation d/b/a First Banker's Mortgage Corporation, William Rembert, Gregory Watkins and Dustin R. Humphrey*

Julie C. Jared, Esquire
Lindsay A. Warren, Esquire
Wargo & French, LLP
999 Peachtree Street, NE, 26th Floor
Atlanta, GA 30309
jjared@wargofrench.com and
lwarren@wargofrench.com
*Attorneys for Respondents Wells Fargo Bank, N.A., Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificate Series 2007-AC3 and JP Morgan Chase Bank, N.A.*

Therese G. Franzen, Esquire
D. Sharmin Arefin, Esquire
Franzen & Salzano, P.C.
40 Technology Parkway South, Suite 202
Norcross, GA 30092-2906
tfranzen@franzen-salzano.com and
sarefin@franzen-salzano.com
*Attorneys for Primary Residential Mortgage, Inc., Crescent Mortgage Company, and USAA Federal Savings Bank*

Richard E. Flowers, Esquire
PO Box 2571
Columbus, GA 31902
ricklawga@yahoo.com
*Attorney for Kennon, Parker, Duncan & Key, LLC*

Michael M. Moore, U.S. Attorney
Charles W. Byrd, Assistant U.S. Attorney
Sheetul S. Wall, Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
PO Box 2568
Columbus, GA 31902-2568
charles.w.byrd@usdoj.gov and
Sheetul.s.wall@usdoj.gov
*Attorneys for U.S. Corps of Engineers, United States of America*

This 30th day of March, 2012.

Respectfully submitted,

MEACHAM & EARLEY, P.C.

By: /s/ Christopher L. Meacham
Christopher L. Meacham
Georgia Bar #0500050

*Attorneys for Respondent Ike A. Nwaobi*

PO Box 9031
Columbus, GA 31908-9031
Phone: 706/576-4064