**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| COLUMBUS BANK AND TRUST COMPANY, A DIVISION OF SYNOVUS BANK,<br><br>PETITIONER,<br><br>v.<br><br>LAW OFFICE OF MICHAEL A. EDDINGS, P.C., FIRST AMERICAN TITLE INSURANCE COMPANY, FIRST AMERICAN TITLE COMPANY, JEROME ROGERS, LACHONE TRICE, IKE A. NWAOBI, UNITED STATES OF AMERICA FOR US CORPS OF ENGINEERS, FEDERAL NATIONAL MORTGAGE ASSOCIATION, TRC GLOBAL SOLUTIONS, INC., ELIZABETH WALLER, PRIMARY RESIDENTIAL MORTGAGE, INC., ET AL.,<br><br>RESPONDENTS. | CASE NO.<br>4:11-CV-00184-WLS |

**MOTION TO INTERVENE**

COMES NOW Deutsche Bank National Trustee Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 ("Deutsche Bank"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 24(a) (2), hereby files its Motion to Intervene in the above-styled civil action. A copy of Carrington's Answer Asserting Interest in Interpled Funds is attached hereto as Exhibit "A". A Brief in support is filed herewith.

WHEREFORE, Deutsche Bank prays that the Court will grant its Motion to Intervene and file Carrington's Answer Asserting Interest in Interpled Funds.

Respectfully submitted this 21st day of May, 2012.

By: */s/Victoria C. Sand* ______
Kyle S. Kotake, Esq.
(Ga. Bar No. 428697)
Victoria C. Sand, Esq.
(Ga. Bar No. 190088)
JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Email: vcsand@jflegal.com
Telephone: (678) 298-8850
Facsimile: (404) 329-8088
Attorneys for Respondent
Deutsche Bank National Trust Company

**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| COLUMBUS BANK AND TRUST COMPANY, A DIVISION OF SYNOVUS BANK, | ) | |
| PETITIONER, | ) | |
| v. | ) | |
| LAW OFFICE OF MICHAEL A. EDDINGS, P.C., FIRST AMERICAN TITLE INSURANCE COMPANY, FIRST AMERICAN TITLE COMPANY, JEROME ROGERS, LACHONE TRICE, IKE A. NWAOBI, UNITED STATES OF AMERICA FOR US CORPS OF ENGINEERS, FEDERAL NATIONAL MORTGAGE ASSOCIATION, TRC GLOBAL SOLUTIONS, INC., ELIZABETH WALLER, PRIMARY RESIDENTIAL MORTGAGE, INC., ET AL., | ) | CASE NO. 4:11-CV-00184-WLS |
| RESPONDENTS. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date filed Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2's MOTION TO INTERVENE with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following:

William L. Tucker, Esq.
Page, Scranton, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue
Third Floor, Synovus Centre
P.O. Box 1199
Columbus, Georgia 31902
*Attorneys for Columbus Bank & Trust Company, A Division of Synovus Bank*

Robert S. Poydasheff, Esq.
Harp & Poydasheff, LLC
P.O. Box 1172
Columbus, Georgia 31902
*Attorney for Law Office of Michael A. Eddings, P.C.*

Jeffrey Schneider, Esq.
Weissman, Nowack, Curry & Wilco, P.C.
One Alliance Center 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
*Attorney for First American Title Insurance Company*

Frank R. Olson, Esq.
McCurdy and Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305
*Attorney for Federal National Mortgage Association*

Ray L. Allison, Esq.
Denney, Pease & Allison
P.O. Box 2648
Columbus, Georgia 31902
*Attorney for Jeremy Rogers*

Christopher Meachem, Esq.
Meacham, Earley, Fowler, P.C.
P.O. Box 9031
Columbus, Georgia 31908
*Attorney for Lachone Trice and Ike A. Nwaobi*

Benjamin A. Land, Esq.
Buchanan & Land, LLP
P.O. Box 2848
Columbus, Georgia 31902
*Attorney for TRC Global Solutions, Inc.*

O. Wayne Spence, Esq.
O. Wayne Spence, P.C.
2945 Gardenia Street
Columbus, Georgia 31906
*Attorney for BMC Mortgage Corporation d/b/a First Banker's Mortgage Corporation and William Rembert*

Julie C. Jared, Esq.
Wargo & French, LLP
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
*Attorney for Wells Fargo Bank, N.A. Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificate Series 2007-AC3 and JP Morgan Chase Bank, N.A.*

This 21st day of May, 2012.

By: */s/Victoria C. Sand* ______
Kyle S. Kotake, Esq.
(Ga. Bar No. 428697)
Victoria C. Sand, Esq.
(Ga. Bar No. 190088)
JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Email: vcsand@jflegal.com
Telephone: (678) 298-8850
Facsimile: (404) 329-8088
Attorneys for Respondent
Deutsche Bank National Trust Company