IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| COLUMBUS BANK & TRUST, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:11-cv-184-MSH |
| | : | |
| LAW OFFICE OF MICHAEL EDDINGS, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Petitioner Columbus Bank and Trust Company (CB&T) moved to be dismissed as a party in this case on November 13, 2012. (ECF No. 161.) CB&T claims that it has fulfilled its obligations under this interpleader action and should be discharged as a party. (Mot. to Dismiss ¶ 7.) All parties were given an opportunity to respond to CB&T's motion, and no party objected. (*See, e.g.,* ECF Nos. 163-69, 171-73.)

The Court agrees that CB&T should be dismissed from this action. CB&T has paid all contested funds into the registry of the Court and has made reasonable efforts to serve all parties that may have an interest in or claim to the funds. CB&T has no claim itself to the funds and is no longer a necessary party to this case. Consequently, CB&T's motion to dismiss is GRANTED.

SO ORDERED, this 3rd day of December, 2012.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE