**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| COLUMBUS BANK AND TRUST | : | |
| COMPANY, a division of Synovus Bank, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | CASE NO. 4:11-cv-184-MSH |
| | : | |
| LAW OFFICE OF MICHAEL A. | : | |
| EDDINGS, P.C., *et al.*, | : | |
| | : | |
| Respondents. | : | |

_____

## <u>ORDER FOR DISBURSEMENT OF FUNDS</u>

As previously explained by the Court in its August 12 Order (ECF No. 208), the October 27 Respondents are entitled to receive funds from the amount interpled with the Court. In the time that the interpled funds have been on deposit with the Court, $213.95 in interest has accrued. Additionally, the amount provided to the United States District Court was $473,065.97, not the original amount of $472,949.34 deposited with the superior court. The Court assumes that this $116.63 difference is the result of interest accrued while being held in the registry of the superior court. The total amount in the interpled fund is therefore currently $473,279.92 which represents 88.87% of the amount requested. The disbursements below reflect some small changes to account for the interest:

- Jerome Rogers -- $79,540.72

- Well Fargo Bank, N.A. -- $203,444.72

- FBMC Mortgage Corporation -- $6,374.71

- Crescent Mortgage Company -- $19,831.96

- Fannie Mae -- $155,370.21

- Ike A. Nwaobi -- $8,717.60

The parties receiving a disbursement are directed to provide the financial administrator for the United States District Court Middle District of Georgia with their addresses and tax identification numbers.  It is ORDERED that the funds be distributed as provided above.

SO ORDERED, this the 14th day of August, 2013.

S/ Stephen Hyles
UNTED STATES MAGISTRATE JUDGE